**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1105

DERRITT SWEARINGTON,

             Plaintiff - Appellant,

       v.

G 6 HOSPITALITY, LLC,

             Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:14-cv-00387-RJC)

Submitted:  May 21, 2015                    Decided:  May 26, 2015

Before MOTZ, KING, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Derritt Swearington, Appellant Pro Se.  Karen H. Chapman, Thomas Lynn Ogburn, III, POYNER SPRUILL, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derritt Swearington seeks to appeal the district court's order dismissing for lack of subject matter jurisdiction his civil claims against G 6 Hospitality, LLC. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's dismissal order was entered on the docket on October 27, 2014. The notice of appeal was filed on January 28, 2015. Because Swearington failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis, deny Swearington's motion to strike Appellee's informal response brief, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before this court and argument would not aid the decisional process.

DISMISSED
